THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. FRANK L. SMITH, Appellant.

*People* v. *Smith*, 171 App. Div. —, affirmed.
(Argued March 6, 1916; decided March 21, 1916.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
December 8, 1915, which affirmed a judgment of the
Chautauqua County Court rendered upon a verdict con-
victing the defendant of the crime of grand larceny in
the first degree and also affirmed an order of said court
overruling a demurrer to the indictment.

*Herman J. Westwood* for appellant.

*William S. Stearns* for respondent.

Judgment of conviction affirmed; no opinion.
Concur: HISCOCK, CHASE, CUDDEBACK, HOGAN, CAR-
DOZO and POUND, JJ.; WILLARD BARTLETT, Ch. J., con-
curs solely on the authority of *People* v. *Lammerts* (164
N. Y. 137). Were it not for that decision he should
deem the indictment fatally defective.